UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL JOSEPH HERRON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:05-cv-348 |
| | ) | |
| v. | ) | Honorable R. Allan Edgar[*] |
| | ) | |
| PATRICIA CARUSO et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

This is a dismissal as described by 28 U.S.C. § 1915(g).

Dated: *August 2, 2005*     /s/ R. Allan Edgar
                            R. Allan Edgar
                            United States District Judge

---

[*] Hon. R. Allan Edgar, United States District Judge for the Eastern District of Tennessee, sitting by designation.